STEPHANIE YONEKURA
Acting United States Attorney
SANDRA R. BROWN
Assistant United States Attorney
Chief, Tax Division
DARWIN THOMAS (Cal. Bar No. 80745)
Assistant United States Attorney
    Federal Building, Suite 7211
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-2740
    Facsimile: (213) 894-0015
    E-mail: Darwin.Thomas@usdoj.gov

Attorneys for Plaintiff
United States of America

JS-6

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JPMORGAN CHASE BANK NA,<br><br>    Defendant. | No. 2:13-cv-03291-GAF-RZ<br><br><br><br>JUDGMENT |

    WHEREAS the Court took this matter under submission for decision based on the agreed facts set forth in the parties' pre-trial filings and exhibits; and

    WHEREAS the Court filed its Findings of Fact and Conclusions of Law in this matter on August 15, 2014;

    Based on the complaint and answer filed in this action, on the facts agreed to by the parties in their pre-trial filings and their earlier filings in connection with plaintiff's motion for summary judgment, on the parties' exhibits submitted to the Court following the pre-trial conference in this matter, on the Court's Findings of Fact and Conclusions of Law filed herein on August 15, 2014, and on all other materials that are properly part of the record in this action,

IT IS ORDERED, ADJUDGED, and DECREED, that

1. Defendant JPMorgan Chase Bank NA is liable to the plaintiff United States of America in the amount $39,716.67, plus interest provided for by law accruing on such amount from September 9, 2009, to the date of payment of the liability; and

2. Plaintiff United States of America shall also recover costs from defendant JPMorgan Chase Bank NA in the amount of $1,274.04.

DATED: August 28, 2014      _____

HON. GARY A. FEESS
United States District Judge

**JS-6**